UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM DUPREE SMITH,

        Petitioner,

                     ORDER
  v.                 10-CV-901A

SUPERINDENTENT OF THE
WENDE CORRECTIONAL FACILITY,

        Respondent.

---

    The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 13, 2015, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the petition for writ of *habeas corpus* (Dkt. No. 10) filed by William Dupree Smith be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, the petition for writ of *habeas corpus* is denied.

  The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                              *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    UNITED STATES DISTRICT COURT

Dated:   March 9, 2015